**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAWN WHITE,<br>Plaintiff, | ) | |
| v. | ) | Case No. |
| LAKE COUNTY FOREST PRESERVE, A CORPORATION,<br><br>Defendant. | ) | |

**COMPLAINT FOR BREACH OF CONTRACT, RETALIATION, AND DISCRIMINATION**

NOW COMES Plaintiff, Shawn White (hereinafter "Plaintiff"), by and through his undersigned attorneys, Bur-Men Law Group P.C., for his Complaint against Defendant, Lake County Forest Preserve District ("Defendant" or "the District"), states as follows:

## NATURE OF THE ACTION

1. This is an action for breach of contract, retaliation, and discrimination arising from Defendant's failure to comply with the terms of a Settlement Agreement and General Release entered into between Plaintiff and Defendant, following Plaintiff's prior claims of discrimination and retaliation in employment. Plaintiff brings this action pursuant to federal law and the Court's supplemental jurisdiction over related state law claims.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367, as the claims arise under federal law and related state law claims form part of the same case or controversy.
3. Venue is proper in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b), as the events giving rise to these claims occurred within this judicial district and Defendant resides and conducts business within this district.

## PARTIES

4. Plaintiff, Shawn White, is an individual and former employee of the Lake County Forest Preserve District, residing in Zion, Illinois.
5. Defendant, Lake County Forest Preserve District, is a governmental entity organized under the laws of the State of Illinois, with its principal offices located in Lake County, Illinois.

## FACTUAL ALLEGATIONS

6. Plaintiff was employed by Defendant as a Public Safety Officer with the rank of Sergeant.
7. Plaintiff previously filed a lawsuit in the United States District Court for the Northern District of Illinois, Case No. 23-cv-04618, and a charge with the Equal Employment Opportunity Commission ("EEOC") and Illinois Department of Human Rights, alleging discrimination, harassment, and retaliation in violation of federal and state law.
8. On or about March 13, 2024, Plaintiff and Defendant entered into a Settlement Agreement and General Release ("Settlement Agreement") to resolve all claims related to Plaintiff's employment and the aforementioned legal actions.
9. The Settlement Agreement required, among other terms, that:

   a. Plaintiff would resign from employment with the district on or before March 13, 2024;

b. The District's Department of Public Safety would issue to Plaintiff a photographic identification card identifying him as a former police officer and indicating the date he was last found to have met active-duty standards for firearms training;

c. The District would issue to Plaintiff a badge identifying him as a former police officer of the Department, in accordance with existing Department practices and procedures.

10. Plaintiff fully performed his obligations under the Settlement Agreement, including resigning from his employment as required.

11. Despite Plaintiff's compliance, Defendant has failed and refused to provide Plaintiff with the required photographic identification card and badge as set forth in the Settlement Agreement.

12. Plaintiff has made repeated requests for the issuance of the identification card and badge, but Defendant has not complied.

13. As a result of Defendant's breach, Plaintiff has suffered harm, including but not limited to the inability to demonstrate his prior law enforcement status for professional and personal purposes, and the loss of benefits and recognition associated with such status.

14. Defendant's failure to comply with the Settlement Agreement is consistent with the pattern of retaliation and discrimination that formed the basis of Plaintiff's original claims.

15. Plaintiff filed a subsequent EEOC complaint regarding Defendant's failure to comply with the Settlement Agreement and the continued adverse treatment, but the EEOC has not provided relief.

16. Defendant's actions have caused Plaintiff severe distress, humiliation, and emotional suffering, and have perpetuated the retaliation and discrimination previously alleged.

## COUNT I – BREACH OF CONTRACT

17. Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.
18. The Settlement Agreement constitutes a valid and enforceable contract between Plaintiff and Defendant.
19. Plaintiff has performed all conditions, covenants, and promises required on his part under the Settlement Agreement.
20. Defendant has materially breached the Settlement Agreement by failing to provide Plaintiff with the required identification card and badge.
21. As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages, including but not limited to loss of professional recognition, emotional distress, and other consequential damages.

## COUNT II – RETALIATION AND DISCRIMINATION

22. Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.
23. Defendant's refusal to comply with the Settlement Agreement and continued adverse actions against Plaintiff are in retaliation for Plaintiff's prior protected activity, including his complaints of discrimination and participation in EEOC proceedings.
24. Defendant's conduct constitutes unlawful retaliation and is consistent with the discrimination previously alleged by Plaintiff.
25. As a result of Defendant's actions, Plaintiff has suffered damages, including emotional distress, humiliation, and loss of employment-related benefits.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant as follows:

A. Awarding Plaintiff compensatory damages for breach of contract and emotional distress in an amount to be determined at trial;

B. Ordering Defendant to specifically perform its obligations under the Settlement Agreement, including issuance of the identification card and badge to Plaintiff;

C. Awarding Plaintiff his reasonable attorneys' fees and costs incurred in this action;

D. Awarding such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

By______/s/ ReneaRose Amen
L. ReneaRose Amen
One of the Attorneys for Shawn White

L. ReneaRose Amen,
Bur-Men Law Group P.C.
Attorney for Shawn White
415 Washington Street
Suite 110
Waukegan, IL 60085
P: (224) 637-8872 / F: (224) 637-8874
ramen@burmenlg.com
#6322388